■ In the Matter of WALDABA STEWART, Respondent, v. WILLIAM F. LARKIN et al., Constituting the Board of Elections of the City of New York, Appellants.— In a proceeding under section 330 of the Election Law, judgment of the Supreme Court, Kings County, dated August 14, 1972, affirmed, without costs. No opinion. Rabin, P. J., Hopkins, Munder, Shapiro and Christ, JJ., concur.